**07 CIV 7479**

Laura D. Barbieri (LB 8374)
Schoeman, Updike & Kaufman, LLP
Attorneys for Defendants Columbia
University in the City of New York
Joseph Ulam, Phillip Ammonds, Howard Hartig,
Tina Rice, Kenneth Finnegan,
Patricia Sachs Catapano, Esq.,
Cesar Perez, Esq., and Laura D. Barbieri, Esq.
University in the City of New York
60 East 42nd Street
New York, New York 10165
(212) 661-5030

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAMES LASTRA,

                    Plaintiff,

    -against-

COLUMBIA UNIVERSITY, JOSEPH ULAM, DAVID        **NOTICE OF**
GRAD, PHILLIP AMMONDS, HOWARD HARTIG,        **APPEARANCE**
TINA RICE, BARBARA SINGLETON, BARBARA
JORDON, LENIER HARLEY, OLAWE FALOKUN,
KENNETH FINNEGAN, PATSY CATAPANO, CESAR
PEREZ, and LAURA BARBIERI, individually, and as
Agents, servants and/or Employees,

                    Defendants.
-----------------------------------------------------------------X

      PLEASE TAKE NOTICE that the undersigned hereby appears in this action as counsel for defendants Columbia University in the City of New York s/h/a Columbia University, Joseph Ulam, Phillip Ammonds, Howard Hartig, Tina Rice, Kenneth Finnegan, Patricia Sachs Catapano s/h/a Patsy Catapano, Cesar Perez and Laura Barbieri, and demands that all papers served in this action be served upon it.

Dated: New York, New York
August 23, 2007

        SCHOEMAN, UPDIKE & KAUFMAN, LLP

By: _____
        Laura D. Barbieri (LB 8374)
Attorneys for Defendants Columbia University in the
City of New York, Joseph Ulam, Phillip Ammonds,
Howard Hartig, Tina Rice, Kenneth Finnegan,
Patricia Sachs Catapano, Cesar Perez
and Laura D. Barbieri
    60 East 42nd Street -39th Floor
    New York, New York 10165
    (212) 661-5030

TO:    James Lastra
        Plaintiff, *pro se*
        2241 Lafayette Avenue
        Bronx, New York 10473