Laura D. Barbieri (LB 8374)
Schoeman, Updike & Kaufman, LLP
Attorneys for Defendants Columbia
University in the City of New York
Joseph Ulam, Phillip Ammonds, Howard Hartig,
Tina Rice, Kenneth Finnegan,
Patricia Sachs Catapano, Esq.,
Cesar Perez, Esq., and Laura D. Barbieri, Esq.
60 East 42nd Street
New York, New York 10165
(212) 661-5030

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JAMES LASTRA,

                Plaintiff,

                                                07 CV 7479

     -against-

COLUMBIA UNIVERSITY, JOSEPH ULAM, DAVID
GRAD, PHILLIP AMMONDS, HOWARD HARTIG,
TINA RICE, BARBARA SINGLETON, BARBARA
JORDON, LENIER HARLEY, OLAWE FALOKUN,
KENNETH FINNEGAN, PATSY CATAPANO, CESAR
PEREZ, and LAURA BARBIERI, individually, and as
Agents, servants and/or Employees,

                Defendants.
------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Neal Goodman, do hereby certify that on August 23, 2007, I personally served a copy of the following documents on behalf of defendants, Columbia University in the City of New York, Joseph Ulam, Phillip Ammonds, Howard Hartig, Tina Rice, Kenneth Finnegan, Patricia Sachs Catapano, Esq., Cesar Perez, Esq., and Laura D. Barbieri, Esq.:

    1.    Notice of Removal

    2.    Notice of Appearance

upon:

James Lastra
2241 Lafayette Avenue
Bronx, New York 10473

a person known to me, at the office of Schoeman, Updike & Kaufman, LLP, 60 East 42nd Street, New York, New York 10165.

_____
Neal Goodman