SCHOEMAN, UPDIKE & KAUFMAN, LLP

60 EAST 42ND STREET

NEW YORK, N.Y. 10165-0006

www.schoeman.com

LAURA D. BARBIERI
lbarbieri@schoeman.com

TELEPHONE (212) 661-5030
FACSIMILE (212) 687-2123

December 6, 2007

BY FAX

Hon. Gabriel W. Gorenstein
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 510
New York, New York 10007

　　　　Re:　Lastra v. Columbia University, et al.
　　　　　　 07 CV 7479 (BSJ) (GWG)

Dear Judge Gorenstein:

　　　　I write to request a brief extension of time to submit our responses to plaintiff's motions to strike until Thursday, December 13, 2007. The reasons for this request are first, the Associate General Counsel is away until Monday, December 9, 2007. I require her review and approval prior to filing defendants' submissions. Second, the associate who works with me on this case was in a car accident on Tuesday and is hospitalized. I need this additional time to finalize my submissions for my client's review.

　　　　I contacted plaintiff and requested his consent to this extension. Plaintiff opposes this request.

　　　　　　　　　　　　　　　　　Respectfully yours,

　　　　　　　　　　　　　　　　　Laura D. Barbieri

cc.: James Lastra (by mail and email)

*Granted.*

SO ORDERED: DATE 12/7/2007
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE