**MEMORANDUM ENDORSED**



JAMES LASTRA
2241 LAFAYETTE AVENUE
BRONX, NEW YORK 10473
PHONE / FAX (718) 822-0728

> Construing this letter as a motion to reconsider, it is denied. The request at issue is a pre-trial application in the 07 Civ. 7479 case, which has been referred to the undersigned.
>
> SO ORDERED:  DATE: 12/10/2007
> GABRIEL W. GORENSTEIN
> UNITED STATES MAGISTRATE JUDGE

The Hon. Magistrate Gabriel Gorenstein
United States District Court
Souther District of New York
New York 10007

December 7, 2007

Re: Lastra v. Columbia University
~~05 cv 3247~~
07 Civ 7479

Dear Judge Gorenstein,

I am the Plaintiff pro se in this action. I am in receipt of 2 letters memorandum endorsed Orders from your Honor. One letter endorsed and ordered by the Court regards Defendant's counsel Ms. Barbieri's request for additional time to reply, until Dec. 10, 2007, to plaintiff's letter designations of individuals requested to be deposed and for their contact information.

The second letter by Ms. Barbieri is requesting additional time to reply to Plaintiff's motions to strike regarding case 07 cv 7479. These motions are not before your Honor, and therefore the second letter regarding this matter should not have been endorsed since the matter is before another judge and is separate from 05 cv 3247. Moreover, Ms. Barbieri sent Plaintiff an e-mail clarifying her error in writing regarding motions pending in 07cv 7479; see **EXHIBIT A.** She should have also sent the Court a letter clarifying her error to avoid this situation.

Accordingly, Plaintiff respectfully requests that the Court would rescind the second letter-endorsed order to correct this error, that was due to Ms. Barbieri's mistake in explaining these matters to the Court.

Respectfully submitted,

James Lastra

cc: Laura D. Barbieri Esq.