UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAMES LASTRA,                                     :

                        Plaintiff,           :

-v.-                                              :

COLUMBIA UNIVERSITY, et al.,                     :

                       Defendants.          :
------------------------------------------------------------X

ORDER

07 Civ. 7479 (BSJ) (GWG)

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

    Plaintiff has sent the Court a letter, dated February 5, 2008, with two different docket numbers requesting extensions as to various deadlines. The Court notes that the two cases are not consolidated and directs that in the future, any communication with the Court must bear a single docket number and must include only applications or requests relating to that particular case.

    The pending deadline in this matter is the deadline to respond to defendants' cross motion, dated December 13, 2007, which was ultimately filed on January 17, 2008 (Docket ## 18, 20). There is a certificate of service indicating it was served on December 13, 2008, though plaintiff states he did not receive it until January 16, 2008   Plaintiff requests until April 7 to respond to this application.

    The sole reason for this request is that plaintiff has calculated that this is the amount of time – 58 days – that defendants took to respond to his motion. For unexplained reasons, plaintiff has calculated this period from the date of his letter, rather than the date of the motion's filing. If calculated from the latter date, the date requested would have been March 15, 2008.

    As noted in a separate order filed in the 07 case of plaintiff's, this is not a basis for a request for an extension. Plaintiff has pointed to no reason that he actually needs this amount of time to respond to defendants' motion.[1] An examination of the motion does not reveal any such reason. Indeed, defendants devote just two pages in their memorandum of law to the cross-motion, and they discuss, in large part, issues raised by plaintiff in his original motion.

    While the Court believes that plaintiff should be able to respond to this motion within 14 days, in light of his pro se status, and the fact that he intends to respond to other papers in the 05

---

[1] Plaintiff also states that he has had some health problems but says only that they existed "for the past month" and did not permit him to act "until the present time."

case, it will grant him until March 10, 2008 to file his response.[2]

    SO ORDERED.

Dated: February 11, 2008
       New York, New York

                                            GABRIEL W. GORENSTEIN
                                            United States Magistrate Judge

Copies to:

James Lastra
2241 Lafayette Avenue
Bronx, NY 10473

Laura Dawn Barbieri
Schoeman Updike & Kaufman, LLP
60 East 42nd Street, 39th Floor
New York, NY 10165

---

[2] Plaintiff suggests that he should not have been required to write a letter seeking an extension of his time to respond. This is inexplicable. Defendants have submitted such letters and there is no reason why plaintiff must not be required to do so. His deadline for responding to this motion was at the latest January 31, 2008 under Local Civil Rule 6.1(b). Thus, his letter is untimely, though the Court is not penalizing him for this failure.