MEMORANDUM 

James Lastra
2241 Lafayette Ave
Bronx, New York, 10473
Phone/fax: (718) 822-0728

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

3/26/08

March 26th, 2008

The Honorable Judge Gabriel W. Gorensstein
United States Magistrate Judge
United States District Court
500 Pearl Street 10007

<u>James Lastra v. Columbia University 07civ.7479</u>
Re: Request for an enlargement of time

Dear Judge Gorenstein:

    I am the Plaintiff pro se in the above entitled action. I write to apprise the Court that Plaintiff is in need of an enlargement of time to complete his reply to Defendant's counsel Laura Barbieri's late opposition to plaintiff's Motion to strike due to extenuating circumstances. My reply is due on March 30th, 2008. .

    Due to my health problems, overwhelming financial burdens and the fact that I just began just began working a minimum wage job which is taking up a good portion of my time, I would respectfully request that the Court be lenient and consider granting an additional fifteen (15) days for me to complete my reply - April 14, 2008. Plaintiff attempted to reach Ms. Barbieri in accordance with your Honor's individual practices but was told by her secretary that Ms. Barbieri is out of town attending a conference.

cc: Laura Barbier, Esq.
of Schoeman, Updike &
Kaufman LLP.
(212) 661-5030

Respectfully Submitted,

James Lastra
Plaintiff Pro se

Granted. No further extension.

SO ORDERED   DATE: 3/26/2008
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE