UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JAMES LASTRA,                                    :

                  Plaintiff,             :      ORDER
                                        07 Civ. 7479 (BSJ) (GWG)

    -v.-                                         :

COLUMBIA UNIVERSITY, et al.,                     :

                  Defendants.            :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      The parties are directed to send letters to the Court on or before June 20, 2008, giving their views, if any, as to whether there should be a stay of discovery in the instant case pending disposition of either the motion to remand in the instant case or entry of judgment in the 05 Civ. 3247 case. The letters should also address the question of whether any briefing schedule needs to be set on the motion to amend the complaint in advance of the issuance of a ruling by Judge Jones on the motion to remand.

      SO ORDERED.

Dated: June 9, 2008
       New York, New York

                                              GABRIEL W. GORENSTEIN
                                              United States Magistrate Judge

Copies to:

James Lastra
2241 Lafayette Avenue
Bronx, NY 10473

Laura Dawn Barbieri
Schoeman Updike & Kaufman, LLP
60 East 42nd Street, 39th Floor
New York, NY 10165