

James Lastra
2241 Lafayette Ave
Bronx, New York, 10473
Phone (718) 822-0728

June 20, 2008

The Honorable Judge Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court, S.D.N.Y.
500 Pearl Street 10007, N.Y., N.Y.



<u>James Lastra v. Columbia University 07cv7479</u>
Re: Request for an enlargement of time to discuss stay of
discovery with Defendant's counsel, Laura Barbieri

Dear Judge Gorenstein:

    I am the Plaintiff pro se in the above entitled action. I write to apprise the Court that Plaintiff is in need of an enlargement of time to discuss whether or not to stay discovery of the 07civ 7479. Plaintiff did not receive the Court's letter Order until June 18th and requests an enlargement of time to consult with and discuss the matter of staying discovery of the 07civ 7479 with Defendant's counsel Laura Barbieri. Plaintiff will be speaking to Ms. Barbieri today regarding case 05cv 3247 and requires additional time between today's conference call and submitting a letter reply to the Court regarding whether or not to stay discovery of the 07cv 7479 case.

    So that both parties may have time to consult with one another regarding whether or not to stay discovery of 07cv7479, Plaintiff respectfully requests <u>until Tuesday June 24, 2008</u> to submit a letter regarding this matter.

cc. Laura Barbieri

Respectfully Submitted,

James Lastra

*Granted as to both parties.*

SO ORDERED. DATE: 6/20/2008

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

1