James Lastra
2241 Lafayette Ave
Bronx, New York, 10473
Phone/fax: (718) 822-0728



June 24, 2008

**VIA FAX**

The Honorable Judge Gabriel W. Gorenstein
United States District Judge
United States District Court
500 Pearl Street 10007

<u>James Lastra v. Columbia University 07 civ 7479</u>
Re: request until Thursday to submit letter

Dear Judge Gorenstein:

I am the Plaintiff pro se in the above entitled action. I write to request the Court allow Plaintiff until Thursday June 24 to submit my letter regarding whether or not to stay discovery for the 07cv7479 action. I had not anticipated some personal matters that required my time and for which I will be accompanying my parent to her physician today.

Plaintiff did confer with Ms. Barbieri on Friday and respectfully requests until Thursday June 24, to submit his letter to the Court.

Respectfully submitted,

CC: Laure D. Barbieri
(212) 661-5030

James Lastra

Granted as to both sides

SO ORDERED: DATE: 6/24/2008
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE