```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JAMES LASTRA,                        :
                                     :
                                     :
                      Plaintiff,     :
                                     :   07-CV-7479(BSJ)(GWG)
           v.                        :
                                     :        Order
COLUMBIA UNIVERSITY, JOSEPH ULAM,    :
DAVID GRAD, PHILLIP AMMONDS,         :
HOWARD HARTIG, TINA RICE, BARBARA    :
SINGLETON, BARBARA JORDON, LENIER    :
HARLEY, OLAWE FALOKUN, KENNETH       :
FINNEGAN, PATSY CATAPANO, CESAR      :
PEREZ, and LAURA BARBIERI,           :
Individually, and as Agents,         :
Servants and/or Employees,           :
                                     :
                      Defendants.    :
------------------------------------x
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

Defendants have sent a letter dated July 29, 2008 regarding recently-filed cross-motions in this case. The letter includes discussion as to whether this Court or Judge Gorenstein should handle these motions as well as the pending motion to amend, and whether Judge Gorenstein's pre-motion conference requirement applies to the cross-motions.

It is not necessary at this time to determine which judge will decide the motion to amend or the cross-motions. For the sake of uniformity, any pre-motion conference requirement of Judge Gorenstein, to the extent it is applicable, is waived with respect to the instant cross-motions only. The parties should

attempt to agree on a briefing scheduling for the cross-motions. Any disputes with respect to scheduling should be directed to Judge Gorenstein.

**SO ORDERED:**

                                                                            _____
                                                                            **BARBARA S. JONES**
                                                                            **UNITED STATES DISTRICT JUDGE**

Dated:    New York, New York
              July 30, 2008