```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JAMES LASTRA,                        :
                                     :
                                     :
              Plaintiff,             :
                                     :   07-CV-7479(BSJ)(GWG)
         v.                          :
                                     :         Order
COLUMBIA UNIVERSITY, JOSEPH ULAM,    :
DAVID GRAD, PHILLIP AMMONDS,         :
HOWARD HARTIG, TINA RICE, BARBARA    :
SINGLETON, BARBARA JORDON, LENIER    :
HARLEY, OLAWE FALOKUN, KENNETH       :
FINNEGAN, PATSY CATAPANO, CESAR      :
PEREZ, and LAURA BARBIERI,           :
Individually, and as Agents,         :
Servants and/or Employees,           :
                                     :
              Defendants.            :
------------------------------------x
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

The Court received Plaintiff's letter in opposition to Defendants' request to file a cross-motion for judgment on the pleadings in this case on July 31, 2008. Because Defendants' cross-motion will be heard by this Court, and because this Court does not require pre-motion conferences, Plaintiff's motion in opposition to the filing of Defendants' motion is DENIED. Accordingly, there is no need for Plaintiff to submit papers or medical records to further oppose Defendants' motion being filed.

As stated in this Court's prior order, the parties should attempt to agree on a briefing scheduling for the cross-motions.

Any disputes with respect to scheduling should be directed to Judge Gorenstein.

**SO ORDERED:**

                                                      /s/ Barbara S. Jones
                                                      **BARBARA S. JONES**
                                                      **UNITED STATES DISTRICT JUDGE**

Dated:    New York, New York
              August 5, 2008